Lorena Fay OVERFIELD, Appellant,

v.

Jack Lahue MAHURIN, Respondents.

No. WD 50329.

Missouri Court of Appeals,
Western District.

April 9, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 28, 1996.

Application to Transfer Denied
June 25, 1996.

Fay Overfield, Kansas City, pro se.

Michael J. Albano, John W. Dennis, Jr.,
Welch, Martin, Albano & Manners, Indepen-
dence, for Respondent.

Before FENNER, C.J., P.J., and
LOWENSTEIN and SHANGLER, JJ.

***ORDER***

PER CURIAM.

This appeal concerns maintenance and dis-
tribution of property, the terms of which
were already covered in a 1988 decree which
had been affirmed on appeal. Affirmed.
Rule 84.16(b).